# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 81 |
| | : | |
| REAPPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD OF | : | |
| TRUSTEES AND DESIGNATION OF | : | |
| VICE-CHAIR | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of February, 2023, Bruce S. Zero, Esquire, Lackawanna County, is hereby reappointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term of three years commencing April 1, 2023 and is designated as Vice-Chair, effective that date.